**Order entered July 21, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00805-CV

## IN RE GEICO INDEMNITY COMPANY, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. cc-14-02324-A**

## ORDER

Before the Court is relator's motion to dismiss the petition for writ of mandamus. We

**GRANT** the motion. Based on the Court's opinion of this date, we **DISMISS** the petition for

writ of mandamus. We **ORDER** each party to bear its own costs of this original proceeding.


/s/    DAVID L. BRIDGES
JUSTICE